In re Contempt of James P. Miller.
State of Nebraska, appellee, v. James P. Miller,
appellant.
326 N.W.2d 680

Filed November 24, 1982. No. 81-853.

Owen A. Giles, for appellant.

Paul L. Douglas, Attorney General, and Royce N. Harper, for appellee.

Heard before Krivosha, C.J., Boslaugh, McCown, Clinton, White, Hastings, and Caporale, JJ.

Per Curiam.

According to our previous definition of contempt advanced by this court in *In re Contempt of Potter,* 207 Neb. 769, 301 N.W.2d 560 (1981), a finding must be made that an attorney's failure to appear at a designated time was willful in order to hold him or her in contempt. In the instant case the trial court found that the failure to appear was not willful behavior on the part of the appellant. Therefore, the trial court was not justified in holding the appellant in contempt of court. The judgment of the trial court is in all respects reversed.

Reversed.